# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESMELING L. BAHENA,

               Plaintiff,

    vs.

ROBICHEAUX, et al.,

               Defendants.

**1:22-cv-00788-ADA-GSA-PC**

**ORDER RE PLAINTIFF'S NOTICE**

**(ECF No. 12.)**

Esmeling L. Bahena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 22, 2022 at the Sacramento Division of the United States District Court for the Eastern District of California.  (ECF No. 1.)  On June 27, 2022, this case was transferred to the Fresno Division of the Court.  (ECF No. 6.)  On October 3, 2022, Plaintiff filed the First Amended Complaint as a matter of course.  (ECF No. 16.)

Plaintiff brings claims in the First Amended Complaint that his rights to practice the Jewish religion were violated.  The First Amended Complaint awaits the Court's requisite screening under 28 U.S.C. § 1915.  On June 30, 2022, Plaintiff filed a notice to the Court.  (ECF No. 12.)

1

Plaintiff notifies the Court that he declines Magistrate Judge jurisdiction in this case.  He also questions whether this case was filed in the wrong district [venue] since the events at issue in the Complaint happened at Corcoran State Prison in Corcoran, California.  These two issues have been resolved because on June 27, 2022, this case was transferred from the Court in Sacramento, California to the Court in Fresno, California, where venue is proper (ECF No. 6), and on July 1, 2022, and July 5, 2022, Plaintiff submitted forms indicating that he declines Magistrate Judge jurisdiction (ECF Nos. 9, 11.)   Plaintiff should be aware that when he filed his case it was assigned case # 22cv1070 KJN, but upon transfer of the case to the Fresno division the case was ultimately assigned a new #, 22cv00788-ADA-GSA.  Plaintiff is notified that when filing future documents with the court regarding this case Plaintiff should use only the new case #.

Plaintiff next notifies the Court that officers at California State Prison-SAC, where he is currently incarcerated, are retaliating against him by throwing away his mail and denying him access to the law library.  He states that he doesn't know if the Court sent him any mail.  Plaintiff does not appear to be requesting any relief from the Court other than responding to his inquiries.  However, to further assist the Plaintiff the Court shall send Plaintiff a copy of his docket sheet for review.

Finally, Plaintiff is advised that the Court will *sua sponte* serve the defendants in this case after the Court's screening process is completed and the Court has found cognizable claims in the complaint upon which this case can proceed. In the future should Plaintiff seek relief from the Court he should style his request as a motion and specify the relief he seeks.

Based on the foregoing, the Clerk of Court is directed to send Plaintiff a copy of the current docket sheet for this case.  Thus, the matter of Plaintiff's Notice, filed June 30, 2022, is now resolved by this order.

IT IS SO ORDERED.

Dated:   **December 27, 2022**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2