1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ESMELING L. BAHENA,                    No.  1:22-cv-00788 KES GSA (PC)

12              Plaintiff,                   ORDER DENYING PLAINTIFF'S MOTION
                                            FOR COPIES
13        v.
                                            (ECF No. 22)
14   M. ROBICHEAUX, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        Plaintiff has filed a motion in which he requests that an order issue so that he may have

21   access to copies.  ECF No. 22.  In support of the motion Plaintiff states that he does not have

22   access to a law library and as a result it is difficult for him to have copies made.  Id.

23        Plaintiff's motion will be denied.  The Clerk of Court does not ordinarily provide free

24   copies of case documents to parties.  The Clerk's Office charges $.50 per page for copies of

25   documents, and copies of a document up to twenty-five pages may be made upon written request

26   and prepayment of the copy fees.  See 28 U.S.C. § 1914(b).  The fact that the Court has granted

27   leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents.

28   Pursuant to 28 U.S.C. § 2250, the Clerk's Office is not required to furnish copies without cost to

1    an indigent litigant except by order of the judge.

2         Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for copies (ECF No. 22)

3    is DENIED.

4

5    IT IS SO ORDERED.

6    Dated:   **September 1, 2024**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28