**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMELING L. BAHENA, | Case No.  1:22-cv-00788 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS, AND DIRECTING CLERK OF COURT TO UPDATE DOCKET |
| v. | |
| ROBICHEAUX, *et al.*, | Doc. 29 |
| Defendants. | |

Esmeling L. Bahena asserts that he suffered violations of his First Amendment rights while incarcerated at Corcoran State Prison. *See generally* Doc. 16.  The assigned magistrate judge screened Bahena's amended complaint pursuant to 28 U.S.C. § 1915A and found he stated a cognizable claim for violation of the First Amendment against defendants Robicheaux and Ugwa related to the denial of Bahena's religious meal request.  Doc. 26 at 3-5.  The magistrate judge determined the claim was not cognizable as to the Corcoran warden, who was not linked to the alleged violation.  *Id.* at 5.  Bahena responded to the Screening Order by indicating his willingness to proceed only on the cognizable claim.  Doc. 28.

On March 16, 2026, the magistrate judge issued findings and recommendations, incorporating the findings of the Screening Order and recommending the action proceed only on the cognizable claim.  Doc. 29 at 2-6.  The magistrate judge recommended the Court dismiss any other claims—including the request for declaratory relief—and the warden.  *Id.* at 6.

1

The Court served the findings and recommendations on Bahena and notified him that any objections were due within 14 days of the date of service.  Doc. 29 at 7.  The Court also advised Bahena that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."  *Id.* (quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Bahena did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court **ORDERS**:

1.   The findings and recommendations issued on March 16, 2026 (Doc. 29) are **ADOPTED** in full.

2.   This action **SHALL** proceed <u>only</u> on plaintiff's claim for a violation of the First Amendment related to the denial of his religious meal request against defendants Robicheaux and Ugwa, as stated in the first amended complaint.

3.   All other claims and defendants are **DISMISSED** from this action.

4.   The Clerk of Court is directed to update the docket and terminate the "Corcoran Warden" as a defendant.

5.   This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 16, 2026

_____
UNITED STATES DISTRICT JUDGE

2