UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>   Plaintiff,<br><br> v.<br><br>ROBICHEAUX, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-00788-KES-FJS (PC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR DEFENDANT ROBICHEAUX TO FILE WAIVER OF SERVICE<br><br>(ECF No. 35)<br><br>Defendant Robicheaux Waiver of Service Due: June 9, 2026 |

Plaintiff Esmeling L. Bahena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Robicheaux and Ugwa for denial of Plaintiff's religious meal request in violation of the First Amendment.

On April 21, 2026, the court ordered electronic service on Defendants Robicheaux and Ugwa and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising the court which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 32.) That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under Federal Rule of Civil Procedure 4(d)(1). (*Id.*) CDCR returned the Notice of E-

Service Waiver indicating that Defendants Robicheaux and Ugwa intend to waive service, on April 27, 2026. (ECF No. 34.) Therefore, waivers of service of process from the OAG for these defendants were due on or before May 27, 2026.

On May 26, 2026, counsel for the OAG, by special appearance, filed a motion for administrative relief requesting a fourteen-day extension of time to file a waiver of service of process for Defendant Robicheaux. (ECF No. 35.) Counsel from the OAG states that the extension is necessary to determine whether the OAG will be representing Defendant Robicheaux in this case. Until that determination is made, the OAG is unable to file a waiver of service of process on behalf of Defendant Robicheaux. Counsel requests a fourteen-day extension as they are awaiting documents needed to make that determination. Counsel expects to timely file a waiver of service on Defendant Ugwa's behalf. (*Id.*)

Having considered the request, the court finds that there is good cause to grant an extension of time for Defendant Robicheaux to file a waiver of service of process. Fed. R. Civ. P. 6(b). The court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, the motion for an extension of time, (ECF No. 35), is HEREBY GRANTED. Defendant Robicheaux shall file a waiver of service of process on or before June 9, 2026.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2