UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br>Plaintiff,<br>v.<br>ROBICHEAUX, *et al.*,<br>Defendants. | Case No. 1:22-cv-00788-KES-FJS (PC)<br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br>(ECF No. 47) |

Plaintiff Esmeling L. Bahena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Currently before the court is a stipulation for voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 47.) The stipulation is signed and dated by Plaintiff and counsel for Defendants and indicates that each party shall bear their own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE